UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DONALD BOYD,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | Civil Action No. 07-769(FSH) |
| : | |
| : | **ORDER ON INFORMAL APPLICATION** |
| **JOHN DOE DOCTOR, ET AL.** : | |
| : | |
| **Defendants** : | |
| : | |

This matter having come before the Court by way of letter dated July 28, 2009, regarding the plaintiff's contention that he served subpoenas upon certain entities but he has not received responses;

and the Court lacking sufficient information to provide intervention;

IT IS THEREFORE ON THIS 3rd day of August, 2009

ORDERED that if the plaintiff seeks court-intervention concerning the responses to his subpoenas, then he shall submit to the Court a list that sets forth the entities to whom he issued subpoenas, proof that the subpoenas were served, and efforts he made to gain compliance, such as sending a letter to the subpoenaed entity reminding it of the subpoena and notifying the entity that he would seek court-intervention if the entity failed to respond to the subpoena within 10 calendar days of his letter; and

IT IS FURTHER ORDERED that the plaintiff shall file copies of the subpoenas with proof that they were served with the Clerk of the Court.

s/Patty Shwartz
**United States Magistrate Judge**