UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**BRESLIN AND BRESLIN, P.A.**
41 Main Street
Hackensack, New Jersey 07601
(201)342-4014
Attorneys for Defendants Acakios, Pell, Sloma,
LaPlaca, Dixon, and Fitzsimons
By: Karen Boe Gatlin, Esq. (KG:7532)

| | |
|---|---|
| DONALD E. BOYD, *Plaintiff*, v. BERGEN COUNTY JAIL et als, *Defendants.* | Docket No. 07CV769(FSH) <br><br> CIVIL ACTION <br><br> ORDER |

The Motion of Defendants Acakios, Pell, Sloma, LaPlaca and Fitzsimons, for an Order to Extend Time to answer Plaintiff's complaint, the matter having this day come to be heard and that matter having been submitted to the court for decision, and having fully considered, pursuant to the Federal Rules of Civil Procedure, and it appears that defendants filed their answer contemporaneously with this motion; *and the Court having received no opposition* IT IS on this date of 23rd day of March 2010,

ORDERED that Defendants Acakios, Pell, Sloma, LaPlaca, Dixon, and Fitzsimons Motion for extension of time to answer plaintiff's complaint [Docket No. 86] is hereby granted; and

IT IS FURTHER ORDERED that the answer filed contemporaneously with this motion be deemed timely;

IT IS FURTHER ORDERED that a copy of the within Order be served upon all counsel and the plaintiff within __7__ days of its entry herein,

_____
Patty Shwartz U.S.M.J.